1 | Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
2 | P.O. Box 549
3 | Joshua Tree, CA 92252
Phone: (760) 366-2232; Facsimile: (760) 366-2669
4 | Email: bcummings@biologicaldiversity.org

5 | Miyoko Sakashita (CA Bar No. 239639)
Andrea Treece (CA Bar No. 237639)
6 | Center for Biological Diversity
7 | 1095 Market St., Suite 511
San Francisco, CA 94103
8 | Phone: (415) 436-9682; Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org
9 |        atreece@biologicaldiversity.org
10
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and TURTLE ISLAND RESTORATION NETWORK;<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary, United States Department of Interior; UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | Case No.:<br><br>C 07 5109<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATE: October 4, 2007                    Respectfully Submitted,

                                         /s/ Miyoko Sakashita
                                         Miyoko Sakashita, Attorney of Record

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS