Brendan Cummings (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232; Facsimile: (760) 366-2669
Email:  bcummings@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Andrea Treece (CA Bar No. 237639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone:  (415) 436-9682; Facsimile: (415) 436-9683
Email:  miyoko@biologicaldiversity.org
         atreece@biologicaldiversity.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and TURTLE ISLAND RESTORATION NETWORK;<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary, United States Department of Interior; UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | Case No.: 07-5109 (PJH)<br><br><br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 4, 2007, I caused the following documents:

1. COMPLAINT

2. SUMMONS

3. CERTIFICATE REQUIRED BY L.R. 3-16

4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

5. ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT

CERTIFICATE OF SERVICE                                                                                      07-5109 PJH

6. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

7. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE

8. NOTICE OF LAWSUIT AND WAIVER OF SERVICE OF SUMMONS

8. ELECTRONIC CASE FILING REGISTRATION INFORMATION

to be served by mailing a true copy of each document enclosed in a sealed envelope and sent via United States certified mail with return receipt requested on the following:

Dirk Kempthorne
Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

Peter D. Keisler, Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Mr. H. Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street, NW, Room 3256
MailStop 3238 MIB
Washington, DC 20240.

Additionally, I caused a copy of each document to be served by personal delivery on October 4, 2007, to:

Scott N. Schools
United States Attorney
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102.

The documents were left with Diann Lacky at that office. Attached to this Certificate is a copy of the summons (Ex. A).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2007.

      /s/ Miyoko Sakashita
Miyoko Sakashita

CERTIFICATE OF SERVICE                                                                 07-5109 PJH