# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity; Turtle Island Restoration Network

v.

United States Fish and Wildlife Service; Dirk Kempthorne, Secretary of the Interior

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 5109 PJH

TO: (Name and address of defendant)

Dirk Kempthorne
Secretary of the Interior
1849 C Street, NW
Washington, D.C. 20240

Mr. H. Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street, NW, Room 3256 MailStop 3238 MIB
Washington, DC 20240

Peter D. Keisler
Acting Attorney General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Scott N. Schools
United States Attorney
450 Golden Gate Avenue,
Box 36055
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Miyoko Sakashita
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE  OCT - 4 2007

ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE |
| Name of SERVER     TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*: See attached certificate of service.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  *Date*                                        *Signature of Server*

                                                                                      _____
                                                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure