RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE, Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK,<br><br>    Plaintiffs,<br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants. | No. C 07-5109 PJH<br><br>**NOTICE OF APPEARANCE** |

On behalf of Federal Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and the United States Fish and Wildlife Service, the United States enters the appearance of Lawson E. Fite, Trial Attorney, as counsel for this matter. Mr. Fite's contact information is as follows:

<u>U.S. Mail</u>  
U.S. Department of Justice  
Environment and Natural Resources Division  
Ben Franklin Station  
P. O. Box 7369  
Washington, D.C. 20044-7369  

<u>Telephone</u>  
202-305-0217  

<u>Facsimile</u>  
202-305-0275  

- 1 -

1 | <u>Overnight or Hand Delivery</u>            <u>Electronic Mail</u>
U.S. Department of Justice           lawson.fite@usdoj.gov
2 | Environment and Natural Resources Division
Wildlife & Marine Resources Section
3 | 601 D St., N.W.
Room 3708
4 | Washington, D.C. 20004

5 | Dated: October 22, 2007        Respectfully Submitted,

6 |                      RONALD J. TENPAS, Acting Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

                      <u>*/s/ Lawson E. Fite*</u>
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br>  Plaintiffs, <br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br>  Defendants. | No. C 07-5109 PJH <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                                        */s/ Lawson E. Fite*
                                                                        LAWSON E. FITE

- 3 -