UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, et al.,

                Plaintiff(s),

                v.

Dirk Kempthorne, et al.,

                Defendant(s).

CASE NO. C 07-5109 PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 1/10/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Miyoko Sakashita | All Plaintiffs | 415-436-9682, ext. 308 | miyoko@biologicaldiversity.org |
| Lawson Fite | All Defendants | 202-305-0217 | lawson.fite@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/11/2007                                         /s/ Miyoko Sakashita
                                                                                       Attorney for Plaintiff

Dated: 12/11/2007                                         /s/ Lawson Fite
                                                                                       Attorney for Defendant

Rev 12.05