UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, et al.

          Plaintiff(s),

v.

Dirk Kempthorne, et al.

          Defendant(s).

_____/

Case No. C 07-5109 PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                           _____
                                                                                         [Center for Biological Diversity]

Dated: 12/18/07                                                        /s/ Miyoko Sakashita
                                                                                         [Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, et al.
           Plaintiff(s),

     v.

Dirk Kempthorne, et al.
           Defendant(s).
_____/

Case No. C 07-5109 PJH

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                       _____
                                                                                       [Turtle Island Restoration Network]

Dated: 12/18/07                                                       /s/ Miyoko Sakashita
                                                                                       [Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|