RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | No. C 07-5109 PJH<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs, Center for Biological Diversity and Turtle Island Restoration Network, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United States Fish and Wildlife Service.

WHEREAS, on October 4, 2007, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706, and the Marine Mammal Protection Act, 16 U.S.C. §§ 1361-1421h;

1  WHEREAS, the Initial Case Management Conference in this matter is currently set for March 20, 2008, at 2:30 p.m.;

WHEREAS, continuing discussions between the Parties as to settlement of this litigation have proven productive;

WHEREAS, the Parties believe they have reached an agreement at the staff level on the terms and language of a settlement;

WHEREAS, the determination to enter into any settlement, and on what terms, is ultimately subject to the review and approval of the appropriate supervisory officials at the Department of Justice and the Department of the Interior, and Federal Defendants need additional time to obtain the necessary review and approval for the proposed settlement;

WHEREAS, the Initial Case Management Conference has twice previously been continued, on stipulation, and each previous continuance was for a period of 30 days;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. A further two-week continuance of the Initial Case Management Conference is necessary to allow sufficient time for the settlement discussions to continue.

2. The Initial Case Management Conference shall be continued to April 3, 2008, at 2:30 p.m.

Dated: March 12, 2008          Respectfully Submitted,


                                            */s/ Miyoko Sakashita*
Miyoko Sakashita
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682
Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

Attorney for Plaintiffs


RONALD J. TENPAS, Asst. Attorney General
JEAN E. WILLIAMS, Section Chief

                    */s/ Lawson E. Fite*
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3/13/08

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

No. C 07-5109 PJH
Joint Stipulation Continuing Initial Case Management Conference     3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>   Plaintiff,<br><br> v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>   Defendants. | No. C 07-05109 PJH<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                      */s/ Lawson E. Fite*
                      LAWSON E. FITE