RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, and the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | No. C 07-5109 PJH<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-2 and 7-12, this Stipulation is entered into by and between Plaintiffs, Center for Biological Diversity and Turtle Island Restoration Network, and Defendants, Dirk Kempthorne, Secretary of the United States Department of the Interior, and H. Dale Hall, Director of the United States Fish and Wildlife Service.

WHEREAS, on October 4, 2007, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706, and the Marine Mammal Protection Act, 16 U.S.C. §§ 1361-1421h;

WHEREAS, the Initial Case Management Conference in this matter is currently set for April 3, 2008, at 2:30 p.m.;

WHEREAS, continuing discussions between the Parties as to settlement of this litigation have proven productive;

WHEREAS, the Parties believe they have reached an agreement in principle at the staff level on the terms and language of a settlement;

WHEREAS, the determination to enter into any settlement, and on what terms, is ultimately subject to the review and approval of the appropriate supervisory officials at the Department of Justice and the Department of the Interior, and Federal Defendants need additional time to obtain the necessary review and approval for the proposed settlement;

WHEREAS, the Initial Case Management Conference has previously been continued three times, on stipulation, and the continuances total 75 days;

NOW, THEREFORE, the parties hereby Stipulate and Agree as follows:

1. A further two-week continuance of the Initial Case Management Conference is necessary to allow sufficient time for review of the proposed settlement by the appropriate supervisory officials at the Department of Justice and the Department of the Interior.

2. The Initial Case Management Conference shall be continued to April 17, 2008, at 2:30 p.m.

Dated: March 27, 2008                Respectfully Submitted,


                                     */s/ Miyoko Sakashita*
                                     Miyoko Sakashita
                                     CENTER FOR BIOLOGICAL DIVERSITY
                                     1095 Market Street, Suite 511
                                     San Francisco, CA 94103
                                     Phone: (415) 436-9682
                                     Facsimile: (415) 436-9683
                                     Email: miyoko@biologicaldiversity.org

                                     Attorney for Plaintiffs


                                     RONALD J. TENPAS, Asst. Attorney General

No. C 07-5109 PJH
Joint Stipulation Continuing Initial Case Management Conference                    2

JEAN E. WILLIAMS, Section Chief

_____/s/ Lawson E. Fite_____
LAWSON E. FITE,
Trial Attorney (Oregon Bar No. 05557)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0217
Fax: (202) 305-0275
Email: lawson.fite@usdoj.gov

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

No. C 07-5109 PJH
Joint Stipulation Continuing Initial Case Management Conference                          3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiff,<br><br>  v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>      Defendants. | No. C 07-05109 PJH<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on March 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                                         */s/ Lawson E. Fite*
                                                                         LAWSON E. FITE