1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

**CLERK'S NOTICE TO ALL PARTIES WITH A CASE MANAGEMENT CONFERENCE
SET ON APRIL 17, 2008**

8
9
10

YOU ARE HEREBY NOTIFIED that due to a scheduling conflict the court will begin the case

management conference calendar at 1:30 p.m.  The parties for each matter on calendar shall meet and

11

confer via telephone and confirm their availability to appear at 1:30 p.m.  Any parties that are not able

12

to appear at 1:30 p.m. shall appear at 2:30 p.m. as previously scheduled.

13
14
15

Richard W. Wieking
Clerk, U.S. District Court

16

by:_____

17

Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton

18

(415) 522-2023

19    Dated: April 16, 2008
20
21
22
23
24
25
26
27
28