UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** April 17, 2008                                                            **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-5109 PJH

**Case Name:** Center for Biological Diversity v. Dirk Kempthorne

**Attorney(s) for Plaintiff:**        Miyoko Sakashita
**Attorney(s) for Defendant:**        Lawson E. Fite

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The parties have reached a settlement in principle and are still waiting for approval from the Department of Justice. If the case does not settle the administrative record shall be lodged with the court and the parties shall submit a stipulated briefing schedule for cross motions for summary judgment within 90 days.

**Order to be prepared by:**    [] Pl [] Def [] Court

**Notes:**

**cc:** file