**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | No. C 07-05109 PJH<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                               */s/ Lawson E. Fite*
                                                                LAWSON E. FITE